IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

No. 4:15-CV-00163-BR

| | |
|---|---|
| VICKI WOOLARD HACKER, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| WELLS FARGO BANK, N.A., et al., | ) |
| Defendants. | ) |

This matter comes before the court on Plaintiff's consent motion for modification of the scheduling order. [DE-71]. For good cause shown, the motion is allowed and case deadlines are extended as follows: all discovery and mediation will be concluded by no later than **July 5, 2017**; and all potentially dispositive motions will be filed by no later than **August 4, 2017**.

SO ORDERED, the 8th day of June 2017.

Robert B. Jones, Jr.
United States Magistrate Judge